3. No change in plan from section C above without consent of the Union which will not be unreasonably denied.

4. (A) The parties agree that all Employees currently working less than thirty (30) hours who receive health benefits shall continue to receive such benefits.

(B) The parties agree that all Employees who currently work at least sixteen (16) but less than twenty (20) hours per week and receive Holidays, Vacation and Sick Time shall continue to receive such benefits. (See Appendix C).

## ARTICLE 19
## PENSION

Effective July 1, 2005, the Employer will make available to all eligible Employees its 401K program. During the first year through June 30, 2006, it will be strictly Employee contribution. Effective July 1, 2006 through June 30, 2009, the Employer will match in contribution to its Union Employees, its non-Union plan and will continue to duplicate its match to both plans for the life of the contract.

Eligibility requirements for the Union plan would match the non-Union plan.

## ARTICLE 20
## MANAGEMENT RIGHTS

The Union recognizes the right of the Employer to operate and manage the facility. All rights, functions, perogatives and discretion of the Management of the facility formerly exercised or exercisable by the Employer are retained by and remain vested exclusively in the Employer, except to the extent that such rights are specifically modified by the express provisions of this Agreement. No such right, function, perogative or discretion shall be deemed waived or modified unless the waiver or modification is in writing and signed by the Employer and the Union.

## ARTICLE 21
## DISCHARGE AND PENALTIES

1. The Employer shall have the right to discharge, suspend or discipline any Employee for cause.



2. The Employer will notify the Union in writing of any discharge or suspension within three (3) working days from the time of discharge or suspension. If the Union desires to contest the discharge or suspension, it shall give written notice thereof to the Employer within five (5) working days, but no later than ten (10) working days from the date of receipt of notice of discharge or suspension. In such event, the dispute shall be submitted and determined under the grievance and arbitration procedure hereinafter set forth, however commencing at Step 3 of the grievance machinery. The Employer's failure to so notify the Union shall not constitute grounds in arbitration for setting aside the discharge or suspension.

If the Union's notice of contest is given from six (6) to ten (10) working days after receipt of notice of discharge, the days beyond five (5) days shall be deemed waived insofar as back pay is concerned.

3. All time limits herein specified shall be deemed exclusive of Saturdays, Sundays and holidays.

4. Any Employee being formally disciplined, suspended or discharged by a member of Management or who is the subject of an investigation which could lead to discipline has the right, upon the request of the Employee, to have a Union delegate present. The Employer will make good faith effort to inform the Employee of his/her right to have a Union delegate present.

5. Employees may inspect their personnel files on their own time, with prior notice to the Employer.

6. No material relating to conduct, service, character or discipline will be placed in an Employee's file unless the Employee is informed and at their discretion has an opportunity to review that information. The Employee will sign a record review form that will be placed in their file that will document the reason for their review.

7. Verbal and written warnings will be removed from an Employees' personnel file twelve (12) months after the date of issue providing there are no further matters occurring during that period.

## ARTICLE 22
## NO STRIKE OR LOCKOUT

1. The Union agrees that there will be no strikes (whether general or sympathetic or otherwise), walkouts, stoppages of work, sitdowns or