slowdowns, picketing, or any other direct or indirect interference with the Employer's operations during the life of this Agreement.

2. The Employer agrees not to conduct a lockout during the life of this Agreement.

3. The Union agrees that, in the event of any violation of Section 1, the Union will immediately order that such violation cease and the Union, its officers, Union delegates and other agents and representatives will use their best efforts to cause such violation to cease and to cause work to resume fully.

## ARTICLE 23
## GRIEVANCE PROCEDURE

1. The purpose of this Article is to establish a procedure for the settlement of grievances which involve the interpretation and application of a specific provision of this Agreement. A grievance shall mean a complaint by an Employee that as to him/her the Employer has interpreted and applied this Agreement in violation of a specific provision hereof. All such grievances will be handled as provided in this Article.

Step 1: Within fifteen (15) days of the event giving rise to the grievance, except as provided in Article 20, an Employee having a grievance and/or his/her Union delegate or other representative shall take it up with his/her immediate supervisor. The Employer shall give its answer to the Employee and/or his/her Union delegate or other representative within five (5) working days after the presentation of the grievance in Step 1.

Step 2: If the grievance is not settled in Step 1, the grievance may, within five (5) working days after the answer in Step 1, be presented in Step 2. When grievances are presented in Step 2, they shall be reduced to writing, signed by the grievant and his/her Union representative, and presented to the grievant's department head or his/her designee. A grievance so presented in Step 2 shall be answered by the Employer in writing within five (5) working days after its presentation.

Step 3: If the grievance is not settled in Step 2, the grievance may, within five (5) working days after the answer in Step 2, be presented in Step 3. A grievance shall be presented in this step to the Administrator of the facility, or his/her designee; and he/she or his/her designee shall render a decision in writing within five (5) working days after the presentation of the grievance



in this step. At the request of the Union a meeting will be held to discuss the grievance prior to an answer by the Employer.

Failure on the part of the Employer to answer a grievance at any step shall not be deemed acquiescence thereto, and the Union may proceed to the next step.

Anything to the contrary herein notwithstanding, a grievance concerning a discharge or suspension may be presented initially at Step 3, in the first instance, within the time limits specified in Article 21.

Without waiving its statutory rights, a grievance on behalf of the Employer may be presented initially at Step 3 by notice in writing addressed to the Union at its offices.

2. All time limits herein specified shall be deemed to be exclusive of Saturdays, Sundays and holidays.

3. A grievance which affects a substantial number or class of Employees, and which the Employer representative designated in Steps 1 and 2 lacks authority to settle, may initially be presented at Step 3 by the Union representative.

4. Any disposition of a grievance from which no appeal is taken within the time limits specified herein shall be deemed resolved and shall not thereafter be considered subject to the grievance and arbitration provisions of this Agreement.

## ARTICLE 24
## ARBITRATION

1. A grievance, as defined in Article 23, which has not been resolved thereunder may, within ten (10) working days after completion of Step 3 of the grievance procedure, be referred for arbitration by the Employer or the Union to an arbitrator selected in accordance with the procedures of the American Arbitration Association. The arbitration shall be conducted under the voluntary labor arbitration rules then prevailing of the American Arbitration Association.

2. The fees and expenses of the American Arbitration Association and the arbitrator shall be borne equally by the Parties.

3. The decision of the arbitrator, if in accordance with the requirements of this Article, shall be final, conclusive and binding upon the Employer,