# The Arbitration Tribunals of the American Arbitration Association

In the Matter of the Arbitration between

Annette Gray

-and-

Haven Health Care

11 300 00655 06

**Subpoena Duces Tecum**
**(Documents)**

FROM THE PEOPLE OF THE STATE OF Rhode Island

to Haven Health Care

GREETING:

WE COMMAND YOU that, all business and excuses being laid aside, you and each of you appear and attend before

, arbitrator(s)

acting under the arbitration law of this state, at Haven Health Care

70 Gill Avenue, Pawtucket, RI 02860
(address)

on the 17th day of November , 2006 , at 10:00 a.m. o'clock, to testify and give evidence in a certain arbitration, then and there to be held between the above entitled parties, and that you bring with you and produce certain documents:

Any and all medical records pertaining to residents whom Haven Health Care intends to present as a witness and who were also identified at the previous arbitration.

now in your custody.

Signed: [signature]

Signed: ______________________
Arbitrator(s)

Requested by: [signature]

Marc B. Gursky
Name of Representative

420 Scrabbletown Rd, Ste. C.North Kingstown, RI 02852
Address Zip Code

401-294-4700
Telephone

Dated: 11/6/06

Form GIO-11/89