UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEHCEU, DISTRICT 1199
Plaintiff

v. C.A. No.: 07-00056 ML-LDA

HAVEN HEALTH CENTER
Defendant

**NOTICE OF APPEARANCE**

I, Matthew P. Horvitz, Esq., hereby enter my appearance on behalf of the Defendant, Haven Health Center. I hereby certify that I am admitted to practice in this Court.

/s/ Matthew P. Horvitz
Matthew P. Horvitz (#7289)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)
mhorvitz@haslaw.com

Dated: February 16, 2007

**CERTIFICATION**

I hereby certify that on February 16, 2007, a copy of the foregoing Notice of Appearance was filed electronically with the Court and notice was sent to counsel of record, as listed below, by operation of the Court's electronic filing system. I also certify that on February 16, 2007, a copy of this Notice of Appearance was sent to counsel of record, as listed below, via first-class mail, postage prepaid.

Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingston, RI 02852

/s/ Matthew P. Horvitz
Matthew P. Horvitz