UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NEHCEU, DISTRICT 1199, Plaintiff, | : | |
| v. | : | C.A. No. 1:07-cv-00056-ML-LDA |
| HAVEN HEALTH CENTER, Defendant. | : | |

**DEFENDANT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Haven Health Center ("Haven Health") respectfully requests the Court to enlarge the time in which it must respond to the motion to compel compliance with arbital subpoena *duces tecum* brought by Plaintiff, NEHCEU, District 1199 ("NEHCEU") from February 23, 2007 up to and including March 2, 2007.

As set forth below, Haven Health has demonstrated sufficient cause for the Court to grant an enlargement of time:

1. Haven Health has discussed this motion with counsel for NEHCEU, and NEHCEU has no objection to the requested enlargement of time;

2. Haven Health requires additional time to address the issues raised in NEHCEU's motion papers; and

3. The period prescribed by the Federal Rules of Civil Procedure for Haven Health to respond to NEHCEU's motion has not yet passed.

WHEREFORE, Haven Health requests that the Court grant its motion for enlargement of time to respond to NEHCEU's motion to compel compliance with arbital subpoena *duces tecum* up to and including **March 2, 2007**.

HAVEN HEALTH CARE
By its attorneys,

/s/ Anna M. Piazza

Anna M. Piazza (#7206)
Matthew P. Horvitz (#7289)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)
apiazza@haslaw.com
mhorvitz@haslaw.com

Dated: February 16, 2007.

**CERTIFICATION**

I hereby certify that on February 16, 2007, a copy of the foregoing Motion for Enlargement of Time was filed electronically with the Court and notice was sent to counsel of record, as listed below, by operation of the Court's electronic filing system. I also certify that a copy of the foregoing Motion for Enlargement of Time was sent to counsel of record, as listed below, on February 16, 2007 via first-class mail, postage pre-paid.

Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingston, RI 02852

/s/ Anna M. Piazza
Anna M. Piazza

#783618