# EXHIBIT
# B

**Lisa Appugliese**

**From:** Marilyn H. Zuckerman [marilynhzuckerman@msn.com]
**Sent:** Thursday, December 21, 2006 6:06 PM
**To:** Lisa Appugliese
**Subject:** Haven Helath Center Case # 11 300 00655 06

Lisa,

I received the Employer's Motion to Quash Subpoena and the Union's response today. If the parties want me to consider all of the arguments and rule on the Motion, I will do so, but they should recognize that if my decision is in favor of upholding the subpoena, the decision would not be self-enforcing and the parties might end up in court anyway. If I decided to uphold the subpoena, however, and the Employer did not comply, I might be willing to draw adverse inferences from the fact that no medical records at all were produced by the Employer.

If the parties want me to rule on the Motion to Quash, I will allow one more round of replies: one from the Employer and one from the Union and that's all. If the parties do not want me to rule on the Motion, they should go to court as soon as possible to enforce/quash the subpoena.

Alternatively, the parties could resolve the subpoena request in some way. For example, they could agree to incamera inspection of some of the records. This might require a conference call.

If you have any questions, please let me know. And please advise me as to how the parties wish to proceed. Thank you. Happy Holidays.

**Marilyn H. Zuckerman**
*Arbitrator & Mediator*
(617) 332-0121
(617) 332-5356
marilynhzuckerman@msn.com