# EXHIBIT C

DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.

ATTORNEYS AT LAW

1057 Broad Street
Bridgeport, Connecticut 06604-4219
Tel. (203) 366-3438 Fax (203) 384-0317
www.durantnic.com

E. Terry Durant *
Donald F. Houston
Christopher M. Hodgson
Loraine M. Cortese-Costa**
Natale V. Di Natale**
Lisa Grasso Egan

Peter Dagostine
Sandra Cruz Kennedy
Rachel V. Kushel***
Stephen M. Sedor**

Also Admitted in Virginia*
Also Admitted in New York**
Admitted only in Pennsylvania & New Jersey***

Of Counsel
George N. Nichols

Paralegals
Mary Katherine Houston
Megan L. Krom
Kimberly A. Marini

January 5, 2007

Ms. Lisa J. Appugliese
Case Manager
American Arbitration Association
One Center Plaza
3rd Floor
Boston, MA 02108

Re: 11 300 00655 06
NEHCEU, District 1199
-and-
Haven Health Center (Annette Gray)

Dear Ms. Appugliese:

This letter shall address Haven Health Center's ("Haven") response to Arbitrator Marilyn Zuckerman's recent e-mail, concerning the motion to quash the subpoena seeking Haven's residents' medical records. As we understand Arbitrator Zuckerman, her ruling on the motion to quash will not require Haven to produce the medical records. Instead, if the motion to quash is denied, we understand that the Union will still be required to seek enforcement of the subpoena through court intervention. If our understanding is not correct, please advise us of this fact so that we can properly respond.

Given Arbitrator Zuckerman's position on the enforcement of the subpoena, Haven does not elect to file any further memoranda regarding the motion. Instead, it will await the Union's efforts to seek court intervention to enforce the subpoena if necessary.

Finally, given Arbitrator Zuckerman's stance that the Union will need to seek court intervention in this matter, it appears that the continuation of the arbitration hearing in this matter, which is currently scheduled for January 23, 2007 will not take place. As such, in order to avoid having to pay for a late cancellation fee, Haven would like to confirm this fact at this point.

We thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Stephen M. Sedor

SMS:hbb

cc: Marc B. Gursky, Esq.
Rachel V. Kushel, Esq.
Anthony K. Scierka
John Miller
Jane Rogers

P:\general\ssedor\760242\003\00058281.DOC