UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEHCEU, District 1199
Plaintiff(s)

v.

Dkt. No. 1:07-CV-00056-ML- LDA

Haven Health Center of Pawtucket
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Haven Health Center hereby moves that Rachel Volkman Kushel be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

Defendant
(Plaintiff/Defendant)

By: Matthew Horvitz
Bar ID No.: 7289
Address:

DATED: March 6, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Pennsylvania and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s) (See Attachment A), and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Rachel Volkman Kushel PA-86230

Print Name State Bar ID #

Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.

Firm Name

1057 Broad Street

Business Address

Bridgeport, CT 06604

(203) 366-3438 (203) 384-0317

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Matthew Horvitz (#7289)

Print Name R.I. Bar ID #

Hinckley, Allen & Snyder, LLP

Firm and Business Address

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

Tel. # (401)274-2000 Fax # (401)277-9600

---

**ORDER**

This motion is hereby ______________________________________

District Judge

Date:

**ATTACHMENT A**

United States District Court for the Eastern District of Pennsylvania

United States District Court for the District of New Jersey

United States District Court for the District of Connecticut

United States District Court of Appeals for the Third Circuit

**CERTIFICATION**

I hereby certify that on March 6, 2007, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically with the Court and notice was sent to counsel of record, as listed below, by operation of the Court's electronic filing system.

Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingston, RI 02852

/s/ Matthew P. Horvitz
Matthew P. Horvitz